UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN SOWARD, an individual,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>MONSANTO COMPANY,<br><br>　　　　　*Defendant.* | Case No. 4:18-cv-00250-DCN<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

　　　Based upon the parties' Stipulation for Dismissal of Action With Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor;

　　　**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice, all attorneys' fees and costs incurred in the prosecution and/or defense of this action to be paid according to the parties' settlement agreement and the parties' Stipulation for Dismissal of Action With Prejudice entered in this matter.

DATED: August 22, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE - 1